1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON APRIL
      NIEDELMAN & WAGENHEIM, P.A.
3  6060 Elton Avenue – Suite A
   Las Vegas, Nevada 89107
4  (702) 366-1125
   FAX: (702) 366-1857
5  jbusby@cooperlevenson.com

6  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.
7

8             UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 Theresa Arias, individually;          CASE NO. 2:12-cv-01508-MMD-PAL

11         Plaintiff,

12 vs.                                   NOTICE OF SETTLEMENT AND
                                         STIPULATION AND ORDER TO
13 Smith's Food & Drug Centers, Inc.; and   VACATE SCHEDULING CONFERENCE
   DOES 1 through 100; and ROE
14 CORPORATIONS 101 through 200

15         Defendants.

16

17         WHEREAS, Plaintiff and Defendant participated in a voluntary mediation on

18 April 2, 2013, which resulted in the parties agreeing to a full and final settlement of this case; and

19         WHEREAS, counsel for the parties anticipate that all documents concerning the settlement

20 will be finalized and/or filed within 30 days; and

21         WHEREAS, the parties request that the Scheduling Conference of April 9, 2013 be vacated

22 and a status check scheduled at the Court's convenience, if necessary, to ensure that the Stipulation

23 for Dismissal with Prejudice has been filed with the Court.

24 ///

25 ///

26 ///

27 ///

28 ///

CLAC 2070410.1

1  IT IS HEREBY STIPULATED AND AGREED that the Scheduling Conference of April 9, 2013, be vacated and that a status check be scheduled in the event the Stipulation for Dismissal with Prejudice has not been filed by May 3, 2013.

DATED this 4th day of April, 2013.

| BERNSTEIN & POISSON | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A |
|---|---|
| /s/ Jamie H. Corcoran | /s/Jerry S. Busby |
| JAMIE H. CORCORAN, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 011790 | Nevada Bar No. 001107 |
| 320 South Jones boulevard | 6060 Elton Avenue – Suite A |
| Las Vegas, NV 89107 | Las Vegas, Nevada 89107 |
| (702) 256-4566 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| THERESA ARIAS | SMITH'S FOOD & DRUG CENTERS, INC. |

Based upon the representations of counsel, it is ORDERED that the Scheduling Conference of April 9, 2013 be vacated. The Court will schedule a Status Conference in the event the Stipulation for Dismissal with Prejudice is not filed on or before May 3, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 5, 2013

CLAC 2070410.1