JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
    NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Arias, individually;<br><br>           Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>           Defendants. | CASE NO. 2:12-cv-01508-MMD-PAL<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO <u>VACATE SCHEDULING CONFERENCE</u>** |

   WHEREAS, Plaintiff and Defendant participated in a voluntary mediation on April 2, 2013, which resulted in the parties agreeing to a full and final settlement of this case; and

   WHEREAS, counsel for the parties anticipate that all documents concerning the settlement will be finalized and/or filed within 30 days; and

   WHEREAS, the parties request that the Scheduling Conference of April 9, 2013 be vacated and a status check scheduled at the Court's convenience, if necessary, to ensure that the Stipulation for Dismissal with Prejudice has been filed with the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 2070410.1

IT IS HEREBY STIPULATED AND AGREED that the Scheduling Conference of April 9, 2013, be vacated and that a status check be scheduled in the event the Stipulation for Dismissal with Prejudice has not been filed by May 3, 2013.

DATED this 4th day of April, 2013.

| BERNSTEIN & POISSON | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A |
|---|---|
| /s/ Jamie H. Corcoran<br>JAMIE H. CORCORAN, ESQ.<br>Nevada Bar No. 011790<br>320 South Jones boulevard<br>Las Vegas, NV 89107<br>(702) 256-4566<br>Attorneys for Plaintiff<br>THERESA ARIAS | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

Based upon the representations of counsel, it is ORDERED that the Scheduling Conference of April 9, 2013 be vacated. The Court will schedule a Status Conference in the event the Stipulation for Dismissal with Prejudice is not filed on or before May 3, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 5, 2013

CLAC 2070410.1

2