1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON APRIL
      NIEDELMAN & WAGENHEIM, P.A.
3  6060 Elton Avenue – Suite A
   Las Vegas, Nevada  89107
4  (702) 366-1125
   FAX:  (702) 366-1857
5  jbusby@cooperlevenson.com

6  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Arias, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>Defendants. | CASE NO. 2:12-cv-01508-MMD-PAL<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

WHEREAS, both parties and their counsel participated in a private mediation which resulted in the parties agreeing to a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between JACK G. BERNSTEIN, ESQ. of the law firm BERNSTEIN & POISSON, Attorneys for Plaintiff THERESA ARIAS, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CLAC 2070456.1

this case including all claims of Plaintiff THERESA ARIAS against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Respectfully submitted this 26th day of April, 2013.

| BERNSTEIN & POISSON | COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A |
|---|---|
| /s/ Jack G. Bernstein<br>JACK G. BERNSTEIN, ESQ.<br>Nevada Bar No. 009971<br>320 South Jones boulevard<br>Las Vegas, NV 89107<br>(702) 256-4566<br>Attorneys for Plaintiff<br>THERESA ARIAS | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## ORDER

IT IS SO ORDERED. Case dismissed, with prejudice.

UNITED STATES DISTRICT COURT JUDGE
DATED: April 26, 2013

CLAC 2070456.1

2