JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
　NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Theresa Arias, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Smith's Food & Drug Centers, Inc.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>Defendants. | CASE NO. 2:12-cv-01508-MMD-PAL<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, both parties and their counsel participated in a private mediation which resulted in the parties agreeing to a full and final settlement of this case;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between JACK G. BERNSTEIN, ESQ. of the law firm BERNSTEIN & POISSON, Attorneys for Plaintiff THERESA ARIAS, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 2070456.1

this case including all claims of Plaintiff THERESA ARIAS against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs.

Respectfully submitted this 26th day of April, 2013.

BERNSTEIN & POISSON

/s/ Jack G. Bernstein
JACK G. BERNSTEIN, ESQ.
Nevada Bar No. 009971
320 South Jones boulevard
Las Vegas, NV 89107
(702) 256-4566
Attorneys for Plaintiff
THERESA ARIAS

COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A

/s/Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## ORDER

IT IS SO ORDERED. Case dismissed, with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: April 26, 2013

CLAC 2070456.1